IN THE COMMONWEALTH COURT OF PENNSYLVANIA

QRK, LLC,                              :
                    Appellant         :
                                      :
          v.                          :        No. 592 C.D. 2016
                                      :
Kenilworth Court Residents            :
Association, Inc.                      :

# **O R D E R**

NOW, June 1, 2017, having considered appellee's application for reargument, the application is denied.

---
MARY HANNAH LEAVITT,
President Judge